Aaron L. Agenbroad (State Bar No. 242613)
alagenbroad@jonesday.com
Catherine S. Nasser (State Bar No. 246191)
cnasser@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:   (415) 626-3939
Facsimile:    (415) 875-5700

Attorneys for Defendant
CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID MONEDERO,**<br><br>        **Plaintiff,**<br><br>    v.<br><br>**CELLCO PARTNERSHIP d.b.a.<br>VERIZON WIRELESS, and DOE ONE<br>through DOE FIFTY, inclusive,**<br><br>        **Defendants.** | Case No. _____<br><br>**DEFENDANT'S CERTIFICATION<br>OF INTERESTED ENTITIES OR<br>PERSONS** |

TO THE CLERK OF THE ABOVE ENTITLED COURT:

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Defendant Cellco Partnership d/b/a Verizon Wireless is a general partnership organized under the Revised Delaware Uniform Partnership Act. Verizon Communications Inc. and Vodafone Group Plc. have an indirect fifty-five percent and forty-five percent interest, respectively, in Cellco Partnership.

| | | |
|---|---|---|
| 1 | Dated: July 9, 2008 | Respectfully submitted, |
| 2 | | Jones Day |
| 3 | | |
| 4 | | By: _____ |
| | | Catherine S. Nasser |
| 5 | | |
| 6 | | Counsel for Defendant |
| | | CELLCO PARTNERSHIP D.B.A. |
| | | VERIZON WIRELESS |
| 7 | | |
| 8 | SFI-586982v1 | |

# PROOF OF SERVICE

## (CCP §§ 1013a, 2015.5)

STATE OF CALIFORNIA )
                    ) ss.
COUNTY OF SAN FRANCISCO )

I am employed in the aforesaid County, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address is: **555 California Street, 26th Floor, San Francisco, California 94104-1500.**

On **July 9, 2008**, I served the foregoing: **Defendant's Certification of Interested Entities or Persons** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

> James J. O'Donnell
> Sara A. Smith
> Law Offices of O'Donnell & Smith
> 309 Lennon Lane, Suite 101
> Walnut Creek, CA 94598

[ ] **BY MAIL:** I caused such envelope to be deposited in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FEDERAL EXPRESS:** I placed such envelope for deposit in the Federal Express drop slot for service by Federal Express. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with Federal Express on that same day at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if service is more than one day after date of deposit for express service in affidavit.

[X] **BY PERSONAL SERVICE:** I caused such envelope to be hand delivered to the office of the addressee on the date specified above.

[ ] **VIA FACSIMILE:** I caused such document(s) to be transmitted from facsimile number (415) 875-5700 to the facsimile machine(s) of the above-listed party(ies) on the date specified above. The transmission(s) was/were reported as complete and without error. The party(ies) has/have agreed in writing to service of the document(s) listed above by facsimile.

[ ] **STATE** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] **FEDERAL** I declare that I am employed within the office of a member of the bar of this Court at whose direction the service was made.

SFI-587433v1                               1                              Proof of Service

1  Executed on **July 9, 2008,** at San Francisco, California.

2

3  _____
   Pamela Walter

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SFI-587433v1                           2                          Proof of Service