1  Aaron L. Agenbroad (State Bar No. 242613)
   alagenbroad@jonesday.com
2  Catherine S. Nasser (State Bar No. 246191)
   cnasser@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA  94104
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Attorneys for Defendant
   CELLCO PARTNERSHIP d/b/a VERIZON
7  WIRELESS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MONEDERO, | Case No. _____ |
| Plaintiff, | DEFENDANT'S CORPORATE DISCLOSURE STATEMENT |
| v. | |
| CELLCO PARTNERSHIP d.b.a. VERIZON WIRELESS, and DOE ONE through DOE FIFTY, inclusive, | |
| Defendants. | |

    Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Cellco Partnership d/b/a Verizon Wireless ("Defendant") hereby makes the following Corporate Disclosure Statement:

    Defendant discloses that it is a general partnership jointly owned by Vodafone Plc. and Verizon Communications Inc.

| | |
|---|---|
| 1  Dated: July 9, 2008 | Respectfully submitted, |
| 2 | Jones Day |
| 4 | By: _____ |
|   | Catherine S. Nasser |
| 6 | Counsel for Defendant |
|   | CELLCO PARTNERSHIP D.B.A. |
|   | VERIZON WIRELESS |

8  SFI-586984v1

# PROOF OF SERVICE

## (CCP §§ 1013a, 2015.5)

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF SAN FRANCISCO )

    I am employed in the aforesaid County, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address is: **555 California Street, 26th Floor, San Francisco, California 94104-1500.**

    On **July 9, 2008**, I served the foregoing:   **Defendant's Corporate Disclosure Statement** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

> James J. O'Donnell
> Sara A. Smith
> Law Offices of O'Donnell & Smith
> 309 Lennon Lane, Suite 101
> Walnut Creek, CA  94598

[ ]  **BY MAIL:** I caused such envelope to be deposited in the mail at San Francisco, California.  The envelope was mailed with postage thereon fully prepaid.  As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  **BY FEDERAL EXPRESS:** I placed such envelope for deposit in the Federal Express drop slot for service by Federal Express.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with Federal Express on that same day at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if service is more than one day after date of deposit for express service in affidavit.

[X]  **BY PERSONAL SERVICE:** I caused such envelope to be hand delivered to the office of the addressee on the date specified above.

[ ]  **VIA FACSIMILE**: I caused such document(s) to be transmitted from facsimile number (415) 875-5700 to the facsimile machine(s) of the above-listed party(ies) on the date specified above.  The transmission(s) was/were reported as complete and without error.  The party(ies) has/have agreed in writing to service of the document(s) listed above by facsimile.

[ ]  **STATE** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]  **FEDERAL** I declare that I am employed within the office of a member of the bar of this Court at whose direction the service was made.

SFI-587433v1 | 1 | Proof of Service

1  Executed on **July 9, 2008,** at San Francisco, California.

_____
Pamela Walter