1  Aaron L. Agenbroad (State Bar No. 242613)
   alagenbroad@jonesday.com
2  Catherine S. Nasser (State Bar No. 246191)
   cnasser@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA 94108
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Attorneys for Defendant
   CELLCO PARTNERSHIP
7  d/b/a VERIZON WIRELESS

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

11 DAVID MONEDERO,                          **CASE NO. CV-08-3291 EMC**

12          Plaintiff,

13    v.                                    **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

14 CELLCO PARTNERSHIP d.b.a. VERIZON
   WIRELESS, and DOE ONE through DOE
15 FIFTY, inclusive,

16          Defendants.

17

18          CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

19    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

20 hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

21 proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

22 judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

23 Dated: September 3, 2008                  Jones Day

24                                          By:    /S/ Catherine S. Nasser
25                                                 Catherine S. Nasser

26                                          Counsel for Defendant
                                            CELLCO PARTNERSHIP D.B.A.
27                                          VERIZON WIRELESS

28

---

Case No. CV-08-3291 EMC            1        CONSENT TO PROCEED BEFORE A
SFI-591277v1                                MAGISTRATE JUDGE